**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| LIFESTAR AMBULANCE SERVICE, INC., a Georgia Corporation, individually and on behalf of a class of all entities similarly situated, | * * * * |
| Plaintiff | * |
| vs. | * |
| | Case Number 4:07-CV-89 (CDL) |
| UNITED STATES OF AMERICA; DEPARTMENT OF HEALTH AND HUMAN SERVICES; MICHAEL O. LEAVITT in his official capacity as Secretary/Director of D.H.H.S.; HEALTH CARE FINANCING ADMINISTRATION (CENTERS FOR MEDICARE & MEDICAID SERVICES) and LESLIE V. NORWALK, in her official capacity as Secretary/ Administrator of H.C.F.A./ C.M.S., | * * * * * * |
| Defendants | * |

## **J U D G M E N T**

Pursuant to this Court's Orders dated March 5, 2008 and March 30, 2009, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 31st day of March, 2009.

                                        Gregory J. Leonard, Clerk

                                        s/ Timothy L. Frost
                                        Deputy Clerk